HARDIN, Respondent, v. GRAHAM et al (Graham, Appellant).

(169 N. W. 231).

(File No. 4423. Opinion filed Oct. 23, 1918).

**Appeals—Error—Brief, Default Re Abandonment of Appeal—Affirmants.**

Where four months had elapsed since record settled and appeal taken, and appellant had been in default some five weeks after time within which by stipulation his brief on appeal might be filed, appeal will be deemed abandoned, and judgment affirmed.

Appeal from Circuit Court, Lawrence County.  Hon. James McNenny, Judge.

Action by James D. Hardin, against Walter E. Graham and

others. From a judgment and order, defendant Graham appeals. Affirmed.

*Chambers Kellar,* and *Robert N. Ogden,* for Appellant.

*E. C. Strode, Wm. G. Rice,* and *Hayes & Heffron,* for Respondent.

PER CURIAM. The record herein was settled on June 26, 1918; the appeal to this court was taken upon the same day; by stipulations duly entered into and filed, appellant's time for serving his brief upon this appeal was extended until and including the 4th day of September, 1918; from said 4th day of September, 1918, the appellant has been in default.

In view of the above facts, the appeal will be deemed abandoned, and the judgment and order appealed from are affirmed.